UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | No. 2:17-cv-1979-JAM-EFB P<br><br>ORDER |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 29, 2018, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. The court dismissed the complaint, explained the deficiencies therein and granted plaintiff thirty days in which file an amended complaint to cure the deficiencies. ECF No. 5. The order warned plaintiff that failure to comply would result a recommendation that this action be dismissed. Despite being granted a sixty-day extension of time, the time for acting passed and plaintiff failed to file an amended complaint or otherwise respond to the court's order. Therefore, on October 23, 2018, the court issued findings and recommendations to dismiss this action. ECF No. 11.

Now pending before the court is plaintiff's November 15, 2018 request for an extension of time, until November 26, 2018, to file an amended complaint. ECF No. 12. The request offers no explanation for plaintiff's failure to meet court deadlines or to communicate with the court. In

1

an abundance of caution, the court will hold the findings and recommendations in abeyance until December 11, 2018, to allow plaintiff a final opportunity to file an amended complaint. The court is not inclined to extend the time any further.

Accordingly, IT IS HEREBY ORDERED that plaintiff has until December 11, 2018 to file an amended complaint and the Clerk of the Court shall terminate ECF No. 12.  Should plaintiff fail to so comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED:  November 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE